Case Number:        AT 3330-0083

Location of Search:
**David Wright**
**5370 Mayrant Road**
**Rembert, South Carolina**

# Search Warrant Inventory

| Item # | Description |
|---|---|
| 1 | Room H - Black Samsung Cellphone SN:RF8N207476X (broken screen) found under mattress  Found By: JM |
| 2 | Room H - Black Cricket Cellphone (screen cracked) found in closet    Found By: JM |
| 3 | Room H - Teal/Blue Motorola Cricket on top of dresser    Found By: JM |
| 4 | Room F - Cellphone in dark green case SN: 102VTVR0092055 found under the bed  Found By: JM |
| 5 | Room F - Black AT&T Cellphone SN:T8E0214C27000208 found in bedside table drawer   Found By:JM |
| 6 | Room F - Teal/Blue Motorola GK40 blk case ID:ZY326HZRFT found bedside table(screen broken)  By:JM |
| 7 | Room F-SD Card from White Nikon camera found dresser w/mirror drawer  Found By: JM |
| 8 | Room F - Cellphone in blue case found in bedside table(screen shattered)    Found By: JM |
| 9 | Room F - LG Phone SN: 811VTLZ756200 in black folding case found in bedside table    Found By: JM |
| 10 | Room F - iPad in black case found in bedside table    Found By: JM |
| 11 | Room B - Various Documents found top of refridgerator    Found By: JM |
| 12 | Room B - Tablet in green case SN: 18862007011996 found top refridgerator w/ cracked screen    Found By: JM |
| 13 | Room H - Blue HP Laptop w/stickers SN:5CD037HBJ7 found front of bed  Found BY: JM |
| 14 | Room B - Dixie Dog Product found on shelf in kitchen    Found By: JM |
| 15 | Room F - Stick w/ leather strap found under bed    Found By: JM |
| 16 | Backyard - Green collar and chain    Found By: JM |
| 17 | 42 Dogs seized |
| 18 | Room F - 5 Weapons, 1 syringe w/ unknown liquid, ammo secured by SLED    By: JM |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |

On / **September 25, 2022** at _____ hours, this inventory was prepared and a copy was provided in the following manner:

__✓__ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

_N/A_ A copy of this inventory was provided to the following person:  *LEFT @ RESIDENCE*

Name: **David Wright III**                                    Signature:
Address:  **5370 Mayrant Road, Rembert, SC**


I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer: _[signature]_                    Witness: _[signature]_

Printed Name: **Robin Wilcox**                    Printed Name: **Jeff Monnin**

PG 2 of 2

# RECEIPT FOR PROPERTY

**S.C. LAW ENFORCEMENT DIVISION**

**SLED CASE NUMBER:** 78-22-02

**LOCATION OF FIRST TRANSFER:** 5370 Matrint Rd Rem

**Signature of Person from whom Property is Obtained**
☐ Owner
☐ Other
David Wright III

**Address (Include Zip Code):** " "

**Signature of Owner Voluntarily Submitting Items:** NA

**Origin of Property:** Residence / Property

**Purpose for Which Obtained:** Federal SW

| ITEM # | QTY | DESCRIPTION OF ITEMS |
|---|---|---|
| | 1 | Syringe unknown liquid (Best Kit: B354079) |
| | 1 | 12 guage shotgun SN: 20P1203689 |
| | 1 | .22 Remington SN: C2690548 |
| | 1 | Springfield pistol SN: AT109815 |
| | 1 | Taurus pistol SN: ACG001572 |
| | 1 | .38 spl pistol SN: A764886 |
| | 1 | Misc Ammo |

**I Certify That I Have Received The Articles Listed Above**

**Date:** 9-25-22
**Name:** Jonathan Holbrook
**Signature:** J. Holbrook

## CHAIN OF CUSTODY

| ITEM # | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| | | Name | Name | |
| | | Signature | Signature | |
| | | Name | Name | |

|  |  | Exhibit B(1) of IG-8440 |
|---|---|---|
| United States Department of Agriculture | Office of Inspector General | Washington, D.C. |

## Evidence Receipt

| Custodian Log Number | |
|---|---|
| Case File Number | AT-3330-0083 |

| Receiving Office and Location | Receiving Special Agent |
|---|---|
| South Carolina | **Dustin McPhillips** |

| Name of Person From Whom Property is Obtained | Address (Include Zip Code) |
|---|---|
| ☒ Owner    David Wright III<br>☐ Other | 5370 Mayrant Road<br>Rembert, South Carolina |

| Location of Property When Obtained | Date Obtained |
|---|---|
| 5370 Mayrant Road, South Carolina | 09/25/2022 |

**Purpose for Which Obtained**

Search Warrant

| Item No. | Quan-tity | Description of Articles (Include model, serial no., identifying marks, condition, and value, when appropriate) |
|---|---|---|
| 1-16 |  | See Attached Inventory |
| 17 |  | See Attached Inventory of Dogs Seized |

### Chain Custody

| Item No | Date | Relinquished | Received By |
|---|---|---|---|
| 1-17 | 09/25/22 | Typed Name<br>ROBIN WILCOX<br>Signature<br>*[signature]*<br>Purpose of Change of Custody<br>Transfer Search Warrant Items to Case Agent | Typed Name<br>Dustin McPhillips<br>Signature<br>*[signature]* |
|  |  | Typed Name<br><br>Signature<br><br>Purpose of Change of Custody | Typed Name<br><br>Signature |
|  |  | Typed Name<br><br>Signature<br><br>Purpose of Change of Custody | Typed Name<br><br>Signature |

Distribution: Original – Evidence Custodian          (Continued on reverse)
             1 – Case File
             1 – Accompany Property Obtained
             1 – Special Agent                              OIG-8440-1 (10/95)